UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

STEVEN J. MOSES,

    Plaintiff,

v.                              Civil Action No.: 2:06-0321

NORFOLK SOUTHERN RAILWAY CO.,

    Defendant.

### JUDGMENT ORDER

In accordance with the memorandum opinion and order filed this same day, it is ORDERED and ADJUDGED that the above-styled action be, and it hereby is, remanded to the Circuit Court of Mingo County, West Virginia. It is further ORDERED that this action be stricken from the docket of the court.

The Clerk is directed to forward copies of this order to counsel of record and to the Clerk of the Circuit Court of Mingo County, West Virginia.

DATED: April 5, 2007

_____
John T. Copenhaver, Jr.
United States District Judge